(October 8, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT

WILKINS, Petitioner, v MORRIS ECCLESTON, as Sheriff of Chenango County, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus seeking a reduction in the amount of bail denied on the ground that the papers, which include a transcript of the bail hearing, fail to establish an abuse of discretion by the bail-setting court. Main, J. P., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.